UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT WEST CASUALTY
COMPANY,

          Plaintiff,

v.

D & C EXPRESS, INC., et al.,

          Defendants.
                             /

Case No. 2:22-cv-12773

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER FOR DISMISSAL OF ACTION WITHOUT COSTS**

Default judgment having been entered in favor of plaintiff Great West Casualty Company ("Great West") against defendants D&C Express Inc., Sorin Bodescu, Marian Plesoianu, and Ioan Sandu (ECF No. 35, PageID.428), and Great West and remaining defendant Northland Insurance Company ("Northland") by their respective counsel having stipulated to dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(2) without prejudice, with each party to bear its own costs and fees, and having agreed that any re-filing of this action or filing of any other insurance declaratory, rescission, breach of contract, subrogation, contribution, or other case, suit, or action arising out of or related to the at-issue truck collision filed by or on behalf of either Great West or Northland shall be re-filed/filed solely in this

1

District Court,

**IT IS SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 8, 2023

**Agreed and stipulated:**

Stephen M. Kelley, P.C.

| | |
|---|---|
| By: _/s/ Stephen M. Kelley___ | *s/Stephen P. Brown w/ perm.6/6/2023* |
|     Stephen M. Kelley (P33197) | Stephen P. Brown (P48847) |
|     Elizabeth A. Downey (P37036) | PLUNKETT COONEY |
| 19501 East Mile Road | 38505 Woodward Avenue Suite 100 |
| St. Clair Shores, MI 48080 | Bloomfield Hills, MI 48304 |
| (586) 563-3500 | (248) 901-4000 |
| skelley@kelleyattys.com | sbrown@plunkettcooney.com |
| ldowney@kelleyattys.com | *Attorneys for Defendant Northland* |
| *Attorneys for Plaintiff* | |

Dated: June 6, 2023

2